1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Facsimile:  (510) 272-0711
4
   Attorney for Defendant
5  MIN YOUNG BANG

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                                ooo
11

12 | UNITED STATES OF AMERICA,        CR. 05-00395-CRB

13 |       Plaintiff,

14 | vs.
                                      **STIPULATION TO MODIFY**
15 | YOUNG JOON YANG, et al.          **CONDITIONS OF PRE-TRIAL**
                                      **RELEASE** ; ORDER
16

17 |       Defendants

18 | _____/

19      Randy Sue Pollock, counsel for MIN YOUNG BANG, and Peter B. Axelrod,

20 Assistant United States Attorney, hereby stipulate and agree to modify the terms of BANG S

21 pretrial release to permit the Office of Pretrial Services to modify, at their discretion, the

22 curfew hours that are presently set from 9 p.m. to 9 a.m. daily.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1  This modification is a result of discussions with Pretrial Service Officer Jaime
2  Carranza and Mr. Axelrod. Neither Jaime Carranza from the Office of Pretrial Services nor
3  AUSA Axelrod have any objection to the proposed modification. Mr. Bang has been in full
4  compliance with the terms of his release bond.

6  Dated: June 2, 2006            (S) Randy Sue Pollock
7                                 RANDY SUE POLLOCK
                                   Counsel for Defendant
8                                  Min Young Bang

12 Dated: June 2, 2006            (S) Peter B. Axelrod
                                   PETER B. AXELROD
13                                 Assistant United States Attorney

15 SO ORDERED:
16 Dated: June 7, 2006            UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen