| | |
|---|---|
| 1 | RANDY SUE POLLOCK |
| | Attorney at Law (CSBN 64493) |
| 2 | 2831 Telegraph Avenue |
| | Oakland, CA 94609 |
| 3 | Telephone: (510) 763-9967 |
| | Facsimile: (510) 272-0711 |
| 4 | |
| | Attorney for Defendant |
| 5 | MIN YOUNG BANG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

UNITED STATES OF AMERICA,                CR. 05-00395-CRB

        Plaintiff,

vs.

                                       **STIPULATION TO MODIFY**

YOUNG JOON YANG, et al.               **CONDITIONS OF PRE-TRIAL RELEASE**; ORDER

        Defendants

_____/

    Randy Sue Pollock, counsel for MIN YOUNG BANG, and Peter B. Axelrod, Assistant United States Attorney, hereby stipulate and agree to modify the terms of BANG S pretrial release to permit the Office of Pretrial Services to modify, at their discretion, the curfew hours that are presently set from 9 p.m. to 9 a.m. daily.

///

///

///

///

///

///

1  This modification is a result of discussions with Pretrial Service Officer Jaime
2  Carranza and Mr. Axelrod.  Neither Jaime Carranza from the Office of Pretrial Services nor
3  AUSA Axelrod have any objection to the proposed modification.  Mr. Bang has been in full
4  compliance with the terms of his release bond.

6  Dated:  June 2, 2006           (S) Randy Sue Pollock
7                                  RANDY SUE POLLOCK
                                   Counsel for Defendant
8                                  Min Young Bang

12 Dated:  June 2, 2006           (S) Peter B. Axelrod
                                   PETER B. AXELROD
13                                 Assistant United States Attorney

15 SO ORDERED:
16 Dated:  June 7, 2006           UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen